RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED _____
LOCAL RULE 4.1_____
WAIVER FORM _____
MCF ISSUED_____
BY DPTY. CLK._____
DATE _____

## THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NABIL SHALAN,                                    )
      Plaintiff                              )
                                                )
V.                                              )          CIVIL ACTION FILE NO._____
                                                )
MICHAEL CHERTOFF, as Secretary of the           )
Department Homeland Security; EDUARDO            )          COMPLAINT
AGUIRRE, as Director of the U.S. Citizenship &  )
Immigration Services; DENIS C. RIORDAN,         )
District Director of the U.S. Citizenship &     )
Immigration Services for Boston, Massachusetts  )
      Defendants                             )

MAGISTRATE JUDGE_____

## COMPLAINT FOR NATURALIZATION PURSUANT TO 8 U.S.C. 1447(b)

NOW comes Nabil Shalan, plaintiff in the above-captioned matter, and hereby states as follows:

1.    This action is brought against the Defendants to request that the District Court take jurisdiction of the plaintiff's application pursuant to Sec. 336(b) of the Immigration & Nationality Act [8 U.S.C. 1447(b)] which states if the Department of Homeland Security and the U.S. Citizenship & Immigration Services (formerly the Immigration & Naturalization Service of the Department of Justice) do not render a decision on a naturalization application within 120 days after the date on which the examination is conducted under such section, the applicant may apply to the United States district court for the district and such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions.

### PARTIES

2.    The Plaintiff, Nabil Shalan, a resident of Massachusetts, is native and citizen of Jordan and a legal permanent resident of the United States, who filed an application for naturalization that was

not answered by U.S. Citizenship & Immigration Services (USCIS) formerly the Immigration & Naturalization Service for more than 120 days.

3.    The Defendant, Michael Chertoff, is the Secretary of the Department Homeland Security, and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate such powers and authority to subordinate employees of the Department of Homeland Security and the Department of Justice. 8 USC §1103(a). More specifically, the Secretary of the Department Homeland Security is responsible for the adjudication of applications for naturalization filed pursuant to the Immigration & Nationality Act (INA). The U.S. Citizenship & Immigration Services is an agency within the Department of Homeland Security to whom the authority has in part been delegated, and is subject to the Secretary of the Department Homeland Security's supervision.

4.    The Defendant, Eduardo Aguirre, Director is an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with supervisory authority over all operations of the USCIS. As will be shown, the Defendant Director is the official under whose supervision and control the Plaintiff's application for naturalization was adjudicated.

5.    The Defendant, Denis C. Riordan, District Director is an official of the U.S. Citizenship & Immigration Services (USCIS) generally charged with supervisory authority over all operations of the USCIS within his District with certain specific exceptions not relevant here. 8 CFR §103.1(g)(2)(ii)(B). As will be shown, Defendant District Director is the official whose office has been processing various parts of the Plaintiff's application for naturalization that was properly filed.

2

### JURISDICTION

6.      Jurisdiction in this case is proper under INA Section 310(c). According to said statute judicial review is available the plaintiff whose application for naturalization, after an examination before an immigration officer under INA Section 336(b), this court may either determine the matter or remand the matter, with appropriate instructions.

### VENUE

7.      Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where a Defendant is located and performs his official duties.

### CAUSE OF ACTION

De Novo Review of Application for Naturalization

8.      On or about November 3, 2004 the Plaintiff was examined in connection with his application for naturalization (Form N-400) which he had filed with the Immigration and Naturalization Service on May 4, 2001.

9.      At or about that same time the plaintiff was issued a document by an officer employed by the above-named defendants that indicated he had satisfactorily passed the English and American History portions of the naturalization process.

10.     Despite the fact that the Plaintiff has provided the defendants with all the records, materials and documentation required by the relevant statutes and regulations and more than 120 days has passed since the date of his examination and interview, the defendants have not rendered a decision on his application in direct violation of Section 336 of the Immigration & Nationality Act.

3

11.     The defendants lack the statutory authority to delay a decision on a naturalization petition more than 120 days after the interview and examination.

## PRAYER

12.     WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court:

    (a)     Conduct a hearing de novo on the application;

    (b)     Grant the Plaintiff's request for Naturalization as a U.S. Citizen; and

    (c)     Granting such other relief at law and in equity as justice may require.

The Plaintiff,
By his Attorney,

Vard R. Johnson
Suite 210, 18 Tremont Street
Boston, Massachusetts 02108
vardinboston@verizon.net
1-617-557-1711
1-617-557-4711 (Fax)
Bar No. 660137

4