THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NABIL SHALAN,<br>      Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the<br>Department Homeland Security; EDUARDO<br>AGUIRRE, as Director of the U.S. Citizenship &<br>Immigration Services; DENIS C. RIORDAN,<br>District Director of the U.S. Citizenship &<br>Immigration Services for Boston, Massachusetts<br>      Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION FILE NO._____<br>)<br>)<br>)  MOTION FOR ADMISSION<br>)  OF VARD R. JOHNSON<br>)  PRO HAC VICE<br>)<br>) |

Desmond FitzGerald, a member of the bar of this Court, herewith moves for admission of Vard R. Johnson for leave to practice before this Court in this case. Attached to this Motion is the Certificate of Vard R. Johnson as required by Local Rule 83.5.3 and the appearance of Movant in this case.

Dated this 11th day of May, 2005.

                                    Desmond FitzGerald, Movant

                                    _____
                                    FitzGerald and Company
                                    Suite 210
                                    18 Tremont Street
                                    Boston, Massachusetts 02108
                                    Telephone (617) 523-6320
                                    Facsimile (617) 523-6324
                                    dfitzgerald@fitzgeraldlawcompany.com
                                    Mass. Bar No. 660137

THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NABIL SHALAN,<br>    Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the<br>Department Homeland Security; EDUARDO<br>AGUIRRE, as Director of the U.S. Citizenship &<br>Immigration Services; DENIS C. RIORDAN,<br>District Director of the U.S. Citizenship &<br>Immigration Services for Boston, Massachusetts<br>    Defendants | )<br>)<br>)<br>)<br>)  CIVIL ACTION FILE NO._____<br>)<br>)<br>)  CERTIFICATE OF<br>)  VARD R. JOHNSON<br>)  IN SUPPORT OF MOTION FOR<br>)  ADMISSION PRO HAC VICE<br>) |

I, Vard R. Johnson, certify that I am a member in good standing of every bar in which I have been admitted to practice, to wit: State of Nebraska and Commonwealth of Massachusetts, United States District Court for the District of Nebraska, and the Seventh, Eighth and Ninth Circuit Courts of Appeals. I certify that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction. I certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated this _11_ day of May, 2005.

_____
Vard R. Johnson
Suite 210
18 Tremont Street
Boston, Massachusetts 02108
1-617-557-1711
1-617-557-4711 (Fax)
vardinboston@verizon.net
Mass. Bar No. 660137
Neb. Bar No. 12090