# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

NABIL SHALAN

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security,
et. al.

CASE NUMBER:

05 - 10980 RWZ

TO: (Name and address of Defendant)

Michael Chertoff, Secretary of the United States Department of Homeland Security
United States Department of Homeland Security
Washington D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vard R. Johnson
18 Tremont Street, Suite 210
Boston, Massachusetts 02108

an answer to the complaint which is herewith served upon you, within ____Sixty (60)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

_5-13-05_

DATE

June 8, 2005

Mr. Michael Chertoff, Secretary
Department of Homeland Security
Washington D.C. 20528

Re: Nabil Shalan v. Michael Chertoff, Secretary of the Department of Homeland Security;
    Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
    And Denis Riordan, District Director of the United States Citizenship and Immigration
    Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts
    Case No. 05-10980 RWZ

By Certified Mail: 7004 2510 0001 6235 6022

Dear Mr. Chertoff:

I am the attorney for the Plaintiff in the above referenced case. You are one of the three
Defendants. Please find enclosed the Summons and Complaint in the above referenced case.

Yours very truly,

Vard R. Johnson


**UNITED STATES POSTAL SERVICE®**

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0001 6235 6022**
Status: **Delivered**

Your item was delivered at 8:52 am on June 13, 2005 in WASHINGTON, DC 20528.

( **Additional Details >** )    ( **Return to USPS.com Home >** )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    ( **Go >** )

---

**POSTAL INSPECTORS**
Preserving the Trust    site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

June 8, 2005

Mr. Alberto Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington D.C. 20530

Re: Nabil Shalan v. Michael Chertoff, Secretary of the Department of Homeland Security;
Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
And Denis Riordan, District Director of the United States Citizenship and Immigration
Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts
Case No. 05-10980 RWZ

By Certified Mail: 7004 2510 0001 6235 5827

Dear Mr. Gonzales

    I am the attorney for the Plaintiff in the above referenced case. Enclosed are copies of
sumonses and the complaint served on the named U.S. Agency Defendants in the above
referenced case.

Yours very truly,

Vard R. Johnson



Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0001 6235 5827**
**Status: Delivered**

Your item was delivered at 3:52 am on June 13, 2005 in WASHINGTON, DC 20530.

( **Additional Details >** )  ( **Return to USPS.com Home >** )

**Track & Confirm**

Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( **Go >** )

---

June 8, 2005

Mr. Michael Sullivan, U.S. Attorney
John Joseph Moakley United States Court House
Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

Re: Nabil Shalan v. Michael Chertoff, Secretary of the Department of Homeland Security;
Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
And Denis Riordan, District Director of the United States Citizenship and Immigration
Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts
Case No. 05-10980 RWZ

By Certified Mail: 7004 2510 0001 6235 6466

Dear Mr. Sullivan:

I am the attorney for the Plaintiff in the above referenced case. Enclosed are copies of summonses and the complaint served on the _____ referenced case.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael J. Sullivan,
U.S. ATTY
Suite 9200
1 Courthouse Way
Boston, Mass. 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7004 2510 0001 6235 6466

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Domestic Return Receipt

(Endorsement Required)

Total Postage & Fees | $

Sent To
Michael Sullivan, U.S. ATTY
Street, Apt. No.;
or PO Box No.    9200 Moakley Ct House
City, State, ZIP+4    Boston, Mass. 02210

PS Form 3800, June 2002    See Reverse for Instructions