# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

NABIL SHALAN

V.

MICHAEL CHERTOFF, Director of the
Department of Homeland Security, et. al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

05 - 10

TO: (Name and address of Defendant)

Dennis Riordan, District Director
United States Citizenship and Immigration Services
JFK Federal Building
Boston, Massachusetts 02213

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vard R. Johnson
Suite 210
18 Tremont Street
Boston, Massachusetts 02108

an answer to the complaint which is herewith served upon you, within __Sixty (60)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY

DATE   5-12-05

June 8, 2005

Mr. Alberto Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington D.C. 20530

Re: Nabil Shalan v. Michael Chertoff, Secretary of the Department of Homeland Security;
Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
And Denis Riordan, District Director of the United States Citizenship and Immigration Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts Case No. 05-10980 RWZ

By Certified Mail: 7004 2510 0001 6235 5827

Dear Mr. Gonzales

    I am the attorney for the Plaintiff in the above referenced case. Enclosed are copies of sumonses and the complaint served on the named U.S. Agency Defendants in the above referenced case.

                                              Yours very truly,

                                              Vard R. Johnson



Home | H

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0001 6235 5827**
Status: **Delivered**

Your item was delivered at 3:52 am on June 13, 2005 in WASHINGTON, DC 20530.

( **Additional Details >** )  ( **Return to USPS.com Home >** )

**Track & Confirm**

Enter Label/Receipt Number.



## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( **Go >** )



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

June 8, 2005

Mr. Michael Sullivan, U.S. Attorney
John Joseph Moakley United States Court House
Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

Re: Nabil Shalan v. Michael Chertoff, Secretary of the Department of Homeland Security;
    Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
    And Denis Riordan, District Director of the United States Citizenship and Immigration
    Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts
    Case No. 05-10980 RWZ

By Certified Mail: 7004 2510 0001 6235 6466

Dear Mr. Sullivan:

I am the attorney for the Plaintiff in the above referenced case. Enclosed are copies of sumonses and the complaint served on the named U.S. Attorney in the above referenced case.

[Certified mail return receipt card, PS Form 3811, addressed to Michael J. Sullivan, U.S. Atty, Suite 9200, 1 Courthouse Way, Boston, Mass. 02210; Article Number 7004 2510 0001 6235 6466; signed on delivery.]

[PS Form 3800 certified mail receipt, Sent To: Michael Sullivan, U.S. Atty; 9200 Moakley Ct. House; Boston, Mass. 02210]