# UNITED STATES DISTRICT COURT

District of  MASSACHUSETTS

NABIL SHALAN

V.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security,
et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05-10980 RWZ**

TO: (Name and address of Defendant)

Eduardo Aguirre, Director
United States Citizenship and Immigration Services
425 Eye Street, N.W., Room 7309
Washington, D.C. 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vard R. Johnson
18 Tremont Street, Suite 210
Boston, Massachusetts 02108

an answer to the complaint which is herewith served upon you, within ___Sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK  SARAH A. THORNTON

DATE  5-12-05

(By) DEPUTY CLERK

June 8, 2005

Mr. Michael Sullivan, U.S. Attorney
John Joseph Moakley United States Court House
Suite 9200
1 Courthouse Way
Boston, Massachusetts 02210

Re: Nabil Shalan v. Michael Chertoff, Secretary of the Department of Homeland Security;
    Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
    And Denis Riordan, District Director of the United States Citizenship and Immigration
    Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts
    Case No. 05-10980 RWZ

By Certified Mail: 7004 2510 0001 6235 6466

Dear Mr. Sullivan:

I am the attorney for the Plaintiff in the above referenced case. Enclosed are copies of sumonses and the complaint served on the named U.S. Attorney in the above referenced case.

June 8, 2005

Mr. Alberto Gonzales, U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue
Washington D.C. 20530

Re: Nabil Shalan v. Michael Chertoff, Secretary of the Department of Homeland Security;
    Eduardo Aguirre, Director of the United States Citizenship and Immigration Services;
    And Denis Riordan, District Director of the United States Citizenship and Immigration
    Services for Boston, Massachusetts; U.S. District Court for the District of Massachusetts
    Case No. 05-10980 RWZ

By Certified Mail: 7004 2510 0001 6235 5827

Dear Mr. Gonzales

   I am the attorney for the Plaintiff in the above referenced case. Enclosed are copies of sumonses and the complaint served on the named U.S. Agency Defendants in the above referenced case.

                                    Yours very truly,


                                    Vard R. Johnson



Home | H

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7004 2510 0001 6235 5827**
Status: **Delivered**

Your item was delivered at 3:52 am on June 13, 2005 in WASHINGTON, DC 20530.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy