```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

_____
                                   )
NABIL SHALAN,                      )
                                   )
        Petitioner,                )
                                   )    C.A. No. 05-10980-RWZ
v.                                 )
                                   )
MICHAEL CHERTOFF, et al.,          )
                                   )
        Respondents.               )
_____)

### RESPONDENTS'(ASSENTED-TO) MOTION TO EXTEND TIME IN WHICH TO RESPOND TO PETITION

Now comes the above-captioned Respondents,[1] and hereby move this Court for an extension of time **up to and including September 15, 2005**, to answer or otherwise respond to Petitioner's Complaint for Naturalization.  As reasons therefore, the undersigned counsel for Respondents asserts that such an extension will allow the Assistant U.S. Attorney the additional time to obtain relevant facts and background information of this matter from the relevant agency (Department of Homeland Security).

WHEREFORE, Respondents respectfully request that this Court allows its motion for an extension of time **up to and including**

---

[1] This motion is not intended to be a responsive pleading.  By the filing of this motion, Respondents are not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading.  Respondents intend to raise those defenses when it answers or otherwise responds to the Complaint.

**September 15, 2005**, to answer or otherwise respond to the Complaint.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>/s/ Michael P. Sady
By: Michael P. Sady
>Assistant U.S. Attorney
>John Joseph Moakley U.S. Courthouse
>Suite 9200
>Boston, MA 02210
>(617) 748-3100

Dated: August 5, 2005

## CERTIFICATE OF SERVICE

I certify that on August 5, 2005, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Petitioner's counsel of record Vard R. Johnson, 18 Tremont Street, Suite 210, Boston, MA 02111.

>/s/ Michael P. Sady
>Michael P. Sady
>Assistant United States Attorney

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned counsel certifies that on August 5, 2005, he contacted Petitioner's counsel and informed him of the relief requested by this motion.

>/s/ Michael P. Sady
>Michael P. Sady
>Assistant U.S. Attorney