```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
_____
                              )
NABIL SHALAN,                 )
                              )
            Petitioner,       )
                              )    C.A. No. 05-10980-RWZ
v.                            )
                              )
MICHAEL CHERTOFF, et al.,     )
                              )
            Respondents.      )
_____)
```

**RESPONDENTS' MOTION TO EXTEND TIME
IN WHICH TO RESPOND TO PETITION**

Now comes the above-captioned Respondents,[1] and hereby move this Court for an extension of time **up to and including October 3, 2005**, to answer or otherwise respond to Petitioner's Complaint for Naturalization.  As reasons therefore, the undersigned counsel for Respondents asserts that such an extension will allow the Assistant U.S. Attorney the additional time necessary to obtain further relevant facts and information of this matter from the appropriate agency (Department of Homeland Security).  Since the prior extension, the Respondents have ascertained that Petitioner's Application for Naturalization is currently in the national security background check stage, a

---

[1]   This motion is not intended to be a responsive pleading.  By the filing of this motion, Respondents are not waiving any of the procedural, affirmative, or other waivable and non-waivable defenses available to it in the normal course of filing a responsive pleading.  Respondents intend to raise those defenses when it answers or otherwise responds to the Complaint.

fact which directly affects the adjudication of this matter.

WHEREFORE, Respondents respectfully request that this Court allows its motion for an extension of time **up to and including October 3, 2005**, to answer or otherwise respond to the Complaint.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                         /s/ Michael P. Sady
                     By: Michael P. Sady
                         Assistant U.S. Attorney
                         John Joseph Moakley U.S. Courthouse
                         Suite 9200
                         Boston, MA 02210
                         (617) 748-3100
```

Dated: September 21, 2005

## CERTIFICATE OF SERVICE

I certify that on September 21, 2005, I caused a copy of the foregoing Motion to be served by first class mail, postage pre-paid to Petitioner's counsel of record Vard R. Johnson, 18 Tremont Street, Suite 210, Boston, MA 02111.

```
                         /s/ Michael P. Sady
                         Michael P. Sady
                         Assistant United States Attorney
```

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, the undersigned counsel certifies that on September 21, 2005, he contacted Petitioner's counsel and informed him of the relief requested by this motion.

```
                         /s/ Michael P. Sady
                         Michael P. Sady
                         Assistant U.S. Attorney
```