UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NABIL SHALAN.<br><br>      Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>      Defendants. | )<br>)<br>)  Civil Action No. 05-10980-RWZ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO REMAND**

Defendants Michael Chertoff, et al., respectfully move the Court to dismiss this action for lack of subject matter jurisdiction or, in the alternative, to remand this matter to United States Citizenship and Immigration Service pursuant to 8 U.S.C. § 1447(b). The reasons for this motion are set forth more fully in accompanying Memorandum of Law and Declaration of Karen Haydon.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

By: /s/   Michael Sady
     Michael Sady
     Assistant United States Attorney
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     617-748-3362

Dated: 10/3/05

-2-

## LOCAL RULE 7.1 CERTIFICATION

      I, Michael Sady, do hereby, certify that I have conferred with plaintiff's counsel regarding this motion.

                                        /s/ Michael Sady  
                                        Michael Sady  
                                        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I, Michael Sady, do hereby certify that on October 3, 2005, that the foregoing Motion, Memorandum of Law and Declaration of Karen Hayden were served on Vard Johnson, Esq., 18 Tremont Street, Suite 210, Boston, MA 02111.

                                        /s/ Michael Sady  
                                        Michael Sady  
                                        Assistant U.S. Attorney