THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NABIL SHALAN,<br>      Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the<br>Department Homeland Security; EDUARDO<br>AGUIRRE, as Director of the U.S. Citizenship &<br>Immigration Services; DENIS C. RIORDAN,<br>District Director of the U.S. Citizenship &<br>Immigration Services for Boston, Massachusetts<br>      Defendants | CIVIL ACTION NO.05-10980-RWZ<br><br>PLAINTIFF'S REQUEST<br>FOR ORAL ARGUMENT<br>AND FOR EXPEDITED<br>DECISION ON THE MOTION<br>TO DI8MISS |

On October 3, 2005, the Government responded to Plaintiff's complaint with a motion to dismiss for want of subject matter jurisdiction, or in the alternative to remand the case to the Service for further proceedings. Doc. 8  Plaintiff responded to the Motion on October 9, 2005. Doc. 10.

Because Plaintiff's case involves his application for United States citizenship which he filed four and a half years ago and which the Government has yet to adjudicate, Plaintiff wants to expedite the proceedings herein as United States citizenship is consequential. Scheduling and discovery orders awaiting a determination of the Government's Motion to Dismiss.

Plaintiff seeks an opportunity through oral argument to clarify any questions that the Government's Motion and the Plaintiff's Response may raise. Accordingly, Plaintiff requests scheduling an oral argument on the Government's Motion to Dismiss.

Plaintiff also request an expedited hearing and decision on the Motion to Dismiss.

Plaintiff's counsel will not be available from November 29, 2005 through December

8, 2005 as Plaintiff's counsel will be in Japan during that period.

Dated this 17t[h] day of November, 2005.

        Nabil Shalan, Plaintiff,
        /s/ Vard R. Johnson
        Vard R. Johnson, BBO # 660137
        Suite 210, 18 Tremont Sreet
        Boston, Massachusetts 02108
         1-617-557-1711
         1-617-557-4711
        vardinboston@verizon.net
        Plaintiff's Attorney

LOCAL RULE 7.1 CERTIFICATION

I, Vard R. Johnson, certify that I have conferred with Defendants' counsel, Mr. Michael Sady, Assistant United States Attorney, about this Motion.  Mr. Sady told me that his own schedule was tight due to appellate work and that, if an oral argument is scheduled, he would prefer its scheduling subsequent to December 9, 2005.

        /s/ Vard R. Johnson
        Vard R. Johnson, BBO # 660137

**CERTIFICATE OF SERVICE**

I, Vard R. Johnson, certify that I served the foregoing Response to the Defendants' Motion to Dismiss or Remand upon Mr. Michael Sady, Assistant United State Attorney, John Joseph Moakley U.S. Courthouse, `1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 by electronic filing, effected November 17, 2005.

        /s/ Vard R. Johnson
        Vard R. Johnson