UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NABIL SHALAN, )<br>  )<br>    Petitioner, )<br>  )<br>    v. )<br>  )<br>MICHAEL CHERTOFF, Secretary of )<br>Department of Homeland Security, et al., )<br>  )<br>    Respondents. )<br>  ) | Civil Action No. 05-10980 RWZ |

**NOTICE OF APPEARANCE**

To the Clerk:

    Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as additional counsel for the respondents.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

By:    /s/ Mark T. Quinlivan
    MARK T. QUINLIVAN
    Assistant U.S. Attorney
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    617-748-3606

Dated: January 26, 2006