UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NABIL SHALAN, <br><br> Petitioner, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of Department of Homeland Security, et al., <br><br> Respondents. | Civil Action No. 05-10980 RWZ |

**NOTICE OF APPEARANCE**

To the Clerk:

    Pursuant to Local Rule 83.5.2, please enter my appearance in the above-captioned case as additional counsel for the respondents.

                                          Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

              By:     /s/ Mark J. Grady
                         MARK J. GRADY
                         Assistant U.S. Attorney
                       John Joseph Moakley U.S. Courthouse
                       1 Courthouse Way, Suite 9200
                       Boston, MA 02210
                       617-748-3136

Dated: January 26, 2006