AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## DISTRICT OF MASSACHUSETTS

Shalan
v.
Chertoff

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 05-10980-RWZ

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Zobel | Johnson | Grady |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | Hundel | Urso |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/26/06 | ✓ | ✓ | Application for Citizenship |
| 2 | | 1/26/06 | ✓ | ✓ | Record of Superior County |
| 3 | | 1/26/06 | ✓ | ✓ | 8/21/96 Traffic Violation |
| 4 | | 1/26/06 | ✓ | ✓ | 2004 Application |
| 5 | | 1/26/06 | ✓ | ✓ | 1599 Docket a & B |
| 6 | | 1/26/06 | ✓ | ✓ | Probation received |
| 7 | | 1/26/06 | ✓ | ✓ | Application for Naturalization |
| 8 | | 1/26/06 | ✓ | ✓ | Copy of passport |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages