UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| NABIL SHALAN, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | Civil Action No. 05-10980 RWZ |
| MICHAEL CHERTOFF, Secretary of Department of Homeland Security, et al., | ) ) ) ) | |
| Respondents. | ) ) ) | |

**MOTION FOR LEAVE TO FILE MATERIALS UNDER SEAL
FOR <u>EX</u> <u>PARTE</u> AND <u>IN</u> <u>CAMERA</u> REVIEW**

Respondents Michael Chertoff, Secretary of the Department of Homeland Security, <u>et</u> <u>al</u>., hereby respectfully move this Honorable Court for leave to file materials bearing on the petitioner's pending application for naturalization under seal for <u>ex parte</u> and <u>in camera</u> review. As explained during the hearing conducted on January 26, 2006, the materials in question would be of a classified nature[1] and would be offered in support a motion to reconsider the denial of the Government's motion to remand or, in the alternative, a motion for a limited remand to allow the United States Citizenship and Immigration Services to take an additional interview of the petitioner prior to this Court's adjudication of his application for naturalization.

Although respondents understood that this Court granted them oral leave to file any classified materials under seal for <u>ex parte</u> and <u>in camera</u> review at the conclusion of the hearing, counsel for the Government understands from discussions with counsel for the petitioner takes he a different

---

[1] Respondents are currently conducting a full file review of information recently received from the Federal Bureau of Investigation ("FBI"), to ensure that the material in question is classified.

position. Due to the importance of this issue, and so that there is no mistake regarding the procedures to be followed by the Government, we have decided that the better course is to formally move this Court for leave to file materials under seal for <u>ex parte</u> and <u>in camera</u> review.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:    /s/ Mark T. Quinlivan
        MARK T. QUINLIVAN
        MICHAEL SADY
        MARK J. GRADY
        Assistant U.S. Attorneys
        John Joseph Moakley U.S. Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        617-748-3606

Dated: February 2, 2006

CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

    Pursuant to Local Rule 7.1(a)(2), I certify that, on January 27 and February 1, 2006, I conferred with counsel for the petitioner, Vard Johnson, Esq., regarding this matter. Mr. Johnson stated that he would oppose this motion. .

        /s/ Mark T. Quinlivan
        MARK T. QUINLIVAN
        Assistant U.S.Attorney