# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                        )
NABIL SHALAN,                           )
                                        )
            Petitioner,                 )
                                        )
      v.                                )        Civil Action No. 05-10980 RWZ
                                        )
MICHAEL CHERTOFF, Secretary of          )
Department of Homeland Security, et al., )
                                        )
            Respondents.                )
_____)

## WITHDRAWAL OF MOTION FOR LEAVE
## TO FILE MATERIALS UNDER SEAL FOR <u>EX PARTE</u> AND <u>IN CAMERA</u> REVIEW

Respondents Michael Chertoff, Secretary of the Department of Homeland Security, <u>et al.</u>,

hereby withdraw their motion for leave to file materials under seal for <u>ex parte</u> and <u>in camera</u> review.

After completing a full file review of information received from the Federal Bureau of Investigation,

respondents have concluded that there is no classified information that bears on petitioner's

application for naturalization.

Respondents nonetheless anticipate that they may be shortly filing a motion for leave to allow

the United States Citizenship and Immigration Services ("USCIS") to conduct a further interview

of the petitioner to afford the Court -- which would retain jurisdiction to decide the pending

naturalization case -- a more complete record upon which to determine his eligibility for

naturalization or, in the alternative, to supplement the record.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Mark T. Quinlivan
    MARK T. QUINLIVAN
    MICHAEL P. SADY
    MARK J. GRADY
    Assistant U.S. Attorneys
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    617-748-3600

Dated: March 31, 2006