LAW OFFICE OF VARD R. JOHNSON
Suite 210, 18 Tremont Street
Boston, Massachusetts 02108
1-617-557-1711
July 6, 2006

Ms. Lisa Urso
Courtroom Clerk
Chambers of Hon. Rya W. Zobel
United States District Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re: Shalan v. Chertoff, et al.  1:05-cv-10980

Dear Ms. Urso:

    I am the attorney for Plaintiff Nabil Shalan.

    Judge Zobel issued her order and memorandum of decision in this case on May 9, 2006, granting Mr. Shalan's application for naturalization.

    Today, Assistant United States District Attorney Mark Quinlivan told me by phone that the Government believes the May 9, 2006 order requires a separate document under F.R.C.P. 58(a)(1) to start the appeal time under F.R.A.P. 4 (a)(1)(B).

    Although I disagree with the Government's assertion, I am requesting, as allowed by F.R.C.P. 58 (d), that the judgment be set forth on a separate document.  I discussed with Mr. Quinliven this morning that I would action to cause the Court's order of May 9, 2006 to be entered as a separate document.  He voiced no objection.

    Please let me know if you have any questions.

                      Yours very truly,

                      /s/ Vard R. Johnson
                      _____
                      Vard R. Johnson

## **CERTIFICATE OF SERVICE**

I, Vard R. Johnson, certify that I served the foregoing Letter Mr. Mark Quinlivan, Assistant United State Attorney, John Joseph Moakley U.S. Courthouse, `1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 by electronic filing, effected July 6, 2006.

/s/ Vard R. Johnson
Vard R. Johnson