UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>NABIL SHALAN</u>
                **Plaintiff**

       V.                                      CIVIL ACTION

<u>MICHAEL CHERTOFF ET AL</u>               NO. <u>05CV10980-RWZ</u>
                **Defendant**

## <u>JUDGMENT</u>

<u>ZOBEL, D. J.</u>

In accordance with the MEMORANDUM OF DECISION entered 5/9/06;

JUDGMENT is entered hereby GRANTING plaintiff's application for naturalization.

                                                                By the Court,

<u> 7/11/06 </u>                                              <u>s/ Lisa A. Urso </u>
Date                                                            **Deputy Clerk**