UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NABIL SHALAN,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>MICHAEL CHERTOFF, Secretary of<br>Department of Homeland Security, et al.,<br><br>　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 05-10980 RWZ<br>)<br>)<br>)<br>)<br>)<br>) |

**RESPONDENTS' ASSENTED TO MOTION FOR
EXTENSION OF TIME TO RESPONSE**

　　　　Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respondents Michael Chertoff, Secretary of Homeland Security, et al., hereby move for an extension of time of two weeks, or until October 27, 2006, in which to file a response to petitioner's motion for attorney's fees. As grounds therefore, respondents state that they are currently reviewing petitioner's application to determine whether an agreement can be reached without necessitating further action of this Court. Counsel for the petitioner, Vard Johnson, Esq., has assented to this motion.

　　　　WHEREFORE, with good cause having been shown, respondents respectfully request that this Court grant them an additional two weeks, or until October 27, 2006, in which to file a response to petitioner's motion for attorney's fees.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By:    /s/ Mark T. Quinlivan
       MARK T. QUINLIVAN
       MICHAEL SADY
       MARK J. GRAUY
       Assistant U.S. Attorneys
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way, Suite 9200
       Boston, MA 02210
       617-748-3606

Dated: October 13, 2006

## CERTIFICATE OF CONSULTATION UNDER L.R. 7.1

     Pursuant to Local Rule 7.1(a)(2), I certify that, on October 11, 2006, I conferred with counsel for the petitioner, Vard Johnson, Esq., regarding this motion, and that Mr. Johnson stated he assented to this motion.

                        /s/ Mark T. Quinlivan
                        MARK T. QUINLIVAN
                        Assistant U.S. Attorney