THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NABIL SHALAN,<br>    Plaintiff<br><br>V.<br><br>MICHAEL CHERTOFF, as Secretary of the Department Homeland Security; EDUARDO AGUIRRE, as Director of the U.S. Citizenship & Immigration Services; DENIS C. RIORDAN, District Director of the U.S. Citizenship & Immigration Services for Boston, Massachusetts<br>    Defendants | CIVIL ACTION NO. 05-10980-RWZ<br><br>MOTION FOR AMENDMENT<br>TO DECISION AWARDING<br>ATTORNEY FEES |

Nabil Shalan, Plaintiff, asks the Court to amend its decision and order of November 14, 2006 (Document # 31) by allowing Plaintiff additional fees for 8.75 hours of his attorney's time that arose subsequent to Plaintiff's application for attorneys' fees and costs. (Docket # 27). In support of this Motion, Plaintiff shows the Court as follows:

A. Plaintiff applied for Attorneys' Fees and Costs under the Equal Access to Justice Act on September 29, 2006. Accompanying his application was the Affidavit of his Attorney, Vard R. Johnson, which included all time through September 29, 2006.

B. Defendants responded on October 27, 2006 with their Memorandum of Law in Opposition to Plaintiff's Application for Fees. (Docket # 29)

C. Plaintiff replied to Defendants' Memorandum in Opposition on November 6, 2007.

(Docket #30)   In effecting his reply, Plaintiff included the Affidavit of Vard R. Johnson stating that he had expended 8.75 hours after September 29, 2006 on Plaintiff's behalf, all in connection with Plaintiff's fee application.

      D.      The Court's Memorandum of Decision of November 14, 2006 did not include any allowance for the time of Plaintiff's attorney after September 29, 2006 nor did it indicate that it had considered such time.

Plaintiff respectfully asks the Court to amend its Memorandum of Decision and Order by approving the 8.75 hours Plaintiff's attorney expended on Plaintiff's behalf subsequent to September 29, 2006 and by allowing Plaintiff an additional attorney's fee for such time at an appropriate rate.

Dated this 27 day of November 2006.

Nabil Shalan, Plaintiff,

/s/ Vard R. Johnson
Vard R. Johnson, BBO # 660137
Suite 210, 18 Tremont Sreet
Boston, Massachusetts 02108
1-617-557-1711
1-617-557-4711
vardinboston@verizon.net
Plaintiff's Attorney

**CERTIFICATE OF SERVICE**

I, Vard R. Johnson, certify that I served the foregoing Motion to Amend Memorandum Of Decision upon Mr. Mark Quinlivan, Assistant United State Attorney, John Joseph Moakley U.S. Courthouse, `1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 by electronic filing, effected November 27, 2005.

/s/ Vard R. Johnson

2

Vard R. Johnson

Certificate of Compliance

I certify that I contacted counsel for the Defendants regarding the relief sought by way of this Motion and that they opposed the same.
.

/s/   Vard R. Johnson
Vard R. Johnson, Plaintiff's Attorney